**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1997**

---

In re:  HUBERT DOWNER, a/k/a Doc,

        Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Baltimore.  (1:11-cr-00050-SAG-2)

---

Submitted:  October 16, 2025             Decided:  October 20, 2025

---

Before KING, AGEE, and RICHARDSON, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Hubert Downer, Petitioner Pro Se.  David Christian Bornstein, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hubert Downer petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for compassionate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court granted Downer's motion on August 28, 2025. Accordingly, because the district court has recently decided Downer's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*